United States District Court
Southern District of Texas
FILED

SEP 2 5 2007

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Jose Francisco QUEVEDO-Olmedo
Citizenship: Mexico
YOB: 1968

## CRIMINAL COMPLAINT

Case Number: M-07-4987-M

I, Robert Cardenas, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about __August 8, 2006__ (Date) in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

Knowingly and intentionally possess and with the intent to distribute approximately 467 kilograms of marijuana, a Schedule I controlled substance; and knowingly and intentionally conspired to possess with the intent to distribute approximately 467 kilograms of marijuana, a Schedule I controlled substance.

in violation of Title __21__ United States Code, Section(s) __846 and 841__.

I further state that I am a(n) __Special Agent__ And that this complaint is based on the following facts:
(Official Title)

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Approved by: _____ /s/ Anibal J. Alaniz AUSA

_____
Signature of Complainant

Robert Cardenas, U.S. Immigration and Customs Enforcement
Printed Name of Complainant

Sworn to before me and signed in my presence,

September, 25, 2007                at    McAllen, Texas
Date                                      City and State

U.S. Magistrate Judge, Dorina Ramos        _____
Name and Title of Judicial Officer          Signature of Judicial Officer

## Attachment "A"

On August 7, 2006, Immigration and Customs Enforcement (ICE) McAllen, Texas, received information regarding an individual named Diego MOMPAR-Hernandez, who is interested in locating someone to transport approximately 200 pounds of marijuana to Dallas, Texas.

On this same day, at approximately 3:40 p.m., while under surveillance by ICE McAllen agents, MOMPAR arrived in a black 2000 Ford Crown Victoria car bearing Louisiana license plates JGM-172 to the Home Depot store located on Jackson Road and Business 83 in McAllen, Texas. Upon arrival, an undercover officer successfully negotiated the transportation of the marijuana to Dallas, Texas for a transportation fee of $100 dollars a pound. A short time later, MOMPAR departed the location.

On August 8, 2006, at approximately 12:00 p.m. ICE McAllen agents along with Pharr City, Texas Police Department Officers, Hidalgo County Sheriff's Office and a HIDTA Task Force Officer conducted a second undercover meeting with MOMPAR in the parking lot of the same Home Depot as the previous day. A short time later MOMPAR arrived with another individual later identified as Jose Francisco QUEVEDO-Olmedo, in a 2003 black Chevy Silverado Z-71 Truck bearing Texas paper plates. During this meeting, the undercover officer gave MOMPAR the keys to a maroon van that was to be used to bring back the marijuana to the undercover officer for transportation to Dallas.

A short time later, MOMPAR departed the Home Depot driving the maroon van followed by QUEVEDO, who was driving the black Chevy truck. ICE agents and Officers physically followed MOMPAR and QUEVEDO to a gated single wide trailer residence located at 2900 Abbott Avenue in Mission, Texas, where the van was loaded with the marijuana.

At approximately 2:15 p.m., ICE agents and Officers followed MOMPAR, who was driving the van back to the Home Depot parking lot. ICE agents observed QUEVEDO following MOMPAR back to the Home Depot. After arriving, MOMPAR gave the van keys back to the undercover officer. A short time later, MOMPAR and QUEVEDO were detained.

Agents discovered bundles of marijuana in the rear of the van. Agents took possession of the vehicle containing the marijuana and took it to the Pharr City Police Department where it was weighed and documented as evidence. Agents discovered 9 bundles of marijuana inside the vehicle weighing 261 pounds.

On this same day, special agents and officers executed a federal search warrant at the trailer residence located at 2900 Abbott Avenue in Mission, Texas. This is the same residence where MOMPAR and QUEVEDO took the van. The subsequent search of the residence and a vehicle located at the residence resulted in the discovery of 47 bundles of marijuana. The total weight of the marijuana was 767 pounds. The total weight of all the marijuana was 1,028 pounds.

On July 17, 2007, ICE SA's interviewed MOMPAR. MOMPAR stated that QUEVEDO had hired him to locate a driver who would transport marijuana to Dallas, Texas. QUEVEDO stated that he would pay the driver $85.00 per pound and he would pay MOMPAR $5.00 per pound for locating the driver. MOMPAR located a driver then contacted QUEVEDO. QUEVEDO told MOMPAR that he was going to send 250 pounds of marijuana with the driver.